### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF KENTUCKY
### LOUISVILLE DIVISION

### CIVIL ACTION NO. 3:08-CV-29-S
### ELECTRONICALLY FILED

CURTIS GORDON, et al.                                    **PLAINTIFFS**

v.                          **FIRST AMENDED COMPLAINT**

LOUISVILLE-JEFFERSON CO.
METRO GOVERNMENT, et al.                          **DEFENDANTS**

* * * * * *

Comes the Plaintiff, Curtis Gordon, by and through counsel, and for his First Amended Complaint against the Defendants, Louisville-Jefferson County Metro Government, and states as follows:

1.   The Plaintiff realleges and reincorporates each and every averment, allegation or statement made in his Verified Complaint as if each of those allegations were set forth fully herein.

### MALICIOUS PROSECUTION

2.      On or about January 31, 2007, the Defendant Oscar Graas appeared before the Jefferson County grand jury and gave false testimony.

3.      This false testimony initiated a prosecution against the Plaintiff that resulted in a forty-four (44) count indictment.  The action was initiated without probable cause.

4.      On or about September 4, 2008, after a jury had been duly impaneled, the Defendant was acquitted on all charges, thereby terminating the prosecution favorably for the Plaintiff.

5.    The actions of the Defendant Graas in initiating and continuing the prosecution against the Plaintiff were done maliciously.  As a result of the actions of the Defendant Graas, the Plaintiff suffered damages in his business as well as suffering embarrassment, humiliation and mental anguish.

6.    The malicious acts of the Defendant Graas were done with reckless disregard for the truth and/or actual knowledge of the falsity of his testimony before the Jefferson County Grand Jury, thereby entitling the Plaintiff to an award of punitive damages.

**WHEREFORE**, the Plaintiff, Curtis Gordon, by counsel, respectfully demands as follows:

1.    An award of compensatory damages against the named Defendants jointly and severally for the embarrassment, humiliation, and mental anguish suffered by the Plaintiff;

2.    Punitive damages for the Defendants' conduct;

3.    Trial by jury on any and all issues so triable;

4.    Attorney's fees and expenses incurred herein and the costs of this action; and

5.    Any and all other relief to which the Plaintiff may appear entitled.


Respectfully,


 /s/ Thomas E. Clay, P.S.C.
THOMAS E. CLAY, P.S.C.
Meidinger Tower, Suite 1730
462 S. Fourth Street
Louisville, KY  40202
(502) 561-2005
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

It is hereby certified that on the 6th day of February, 2009, a copy of the foregoing Motion to File Third Amended Complaint was filed electronically with the Clerk of the Court using the CM/ECF System which will send a note of electronic filing to the following:

Jeffrey L. Freeman
Lisa A. Schweickart
Jefferson County Attorney
531 Court Place
Suite 900
Louisville, KY  40202


/s/ Thomas E. Clay
THOMAS E. CLAY, P.S.C.
Counsel for the Plaintiffs