**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION**

**CIVIL ACTION NO. 3:08-CV-29-S**
*(ELECTRONICALLY FILED)*

**CURTIS GORDON;**                                                                                       **PLAINTIFFS**

**CANDACE SMITH,**
**Individually and as Custodial parent and**
**next friend, for and on behalf of B.D., a minor;**

AND

**SHANNON R. DAILEY,**
**Individually and as parent and next friend, for**
and on behalf of A.D., a minor

v.

**LOUISVILLE-JEFFERSON CO.**                                       **DEFENDANTS**
**METRO GOVERNMENT,**
**By and through Louisville Metro Police Dept.;**

**SGT. OSCAR GRAAS,**
**In his official and individual capacities;**

**LT. JIM SOHAN,**
**In his official and individual capacities;**

**SGT. DENNY BUTLER,**
**In his official and individual capacities;**

**SGT. MICHAEL JACOBS,**
**In his official and individual capacities;**

**DETECTIVE GRANT RIGGS,**
**In his official and individual capacities;**

**DETECTIVE AARON CROWELL,**
**In his official and individual capacities;**

**DETECTIVE STEVE HUGHLEY,**
In his official and individual capacities;

**DETECTIVE M. SMITHERS,**
In his official and individual capacities;

**DETECTIVE JUAN GARRETT,**
In his official and individual capacities;

**DETECTIVE M. MERRICK,**
#2085, n his official and individual capacities;

And

**OFFICER GLEN CRAIG**
In his official and individual capacities;

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF APPEAL

Notice is herby given that Plaintiffs, Curtis Gordon; Candace Smith, individually and as custodial parent and next friend, for and on behalf of B.D., a minor; and Shannon R. Dailey, individually and as parent and next friend, for and on behalf of A.D., a minor, hereby appeal to the United States Court of Appeals for the Sixth Circuit from an Order entered on February 25, 2011, by Hon. Charles R. Simpson III, Judge, U.S. District Court, Western District of Kentucky, dismissing Plaintiffs' claims brought pursuant to 42 U.S.C. § 1983.

/s/ J. Fox DeMoisey
DeMoisey Law Office, PLLC
905 Baxter Avenue
Louisville, Kentucky 40204
(502) 585-5500
fox@demoiseylaw.com
*Counsel for the Plaintiffs Candace Smith and Shannon Dailey*

And

/s/ Thomas E. Clay (w/permission)
Clay Frederick Adams, PLLC
462 S. Fourth Avenue, Suite 101
Louisville, KY 40202
(502) 561-2005
(502) 589-5500 Fax
tclay@tclaylaw.com
*Counsel for Plaintiff, Curtis Gordon*

## CERTIFICATE OF SERVICE

      I hereby certify that a true and exact copy of the foregoing was filed electronically with the Clerk of the Court using the CM/ECFR System and served electronically, this 30th day of March, 2011 to the following:

Lisa A. Schweickart
Assistant County Attorney
Fiscal Court Building
531 Court Place, Suite 900
Louisville, KY 40202
(502) 574-4048
Lisa.schweickart@louisvilleky.gov
*Counsel for Defendants*

And pursuant to FRAP 3, the Clerk shall send notice electronically to:

Office of the Clerk
United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 E. Fifth Street
Cincinnati, Ohio 45202-3988

      /s/ J. Fox DeMoisey
      J. Fox DeMoisey